United States District Court
For the Northern District of California

1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
     IN RE: CATHODE RAY TUBE (CRT)        ) MDL No. 1917
9    ANTITRUST LITIGATION                 )
                                          ) Case No. 07-5944-SC
10   _____)
                                          ) ORDER AMENDING ORDER
11   This Order Relates To:               ) APPOINTING SPECIAL MASTER
                                          )
12      ALL CASES                         )
                                          )
13   _____)

14       On June 16, 2008, the Court appointed the Special Master in

15   this case.  ECF No. 302 ("Appointing Order").  Paragraph 16 of the

16   Appointing Order provided the following procedure for responding to

17   orders, reports, or recommendations filed by the Special Master:

18       Any party wishing to file objections to or a motion to
         adopt or modify the Special Master's orders, reports,
19       and/or recommendations must file such objections or
         motion with the Court within fourteen (14) days from the
20       day the Special Master filed the order, report, and/or
         recommendation via ECF.  Any order issued by the Special
21       Master shall remain in effect pending any such objection
         or motion.
22

23   Appointing Order ¶ 16 ("Paragraph 16").

24       The Court notes that Paragraph 16 does not provide for the

25   filing of a response to any objections that may be made.  In the

26   interest of giving the parties further opportunity to be heard, the

27   Court hereby AMENDS Paragraph 16 to provide the parties with an

28   opportunity to respond to objections, as well as rules governing

**United States District Court**
For the Northern District of California

the content and length of objections and responses.  Paragraph 16

now reads as follows (with additions emphasized):

> Any party wishing to file objections to or a motion to adopt or modify the Special Master's orders, reports, and/or recommendations must file such objections or motion with the Court within fourteen (14) days from the day the Special Master filed the order, report, and/or recommendation via ECF.  If an objection is filed, any party may file a responsive brief no more than seven (7) days after the objection is filed in ECF.  As to content and length, any objections or response briefs shall conform to Civil Local Rule 7-4.  Any order issued by the Special Master shall remain in effect pending the Court's ruling on any such objection or motion.

This amendment is effective immediately and applies in

connection with any further Reports issued by the Special Master.

It also applies to the Objection filed on June 13, 2012 by

Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa").  ECF No. 1229

("Obj'n").  Hence, parties who wish to respond to Chunghwa's

Objection may do so by filing a brief, consistent with the

guidance herein, no more than seven days after the signature date

of this Order.


    IT IS SO ORDERED.


    Dated:  June 18, 2012            _____
                                     UNITED STATES DISTRICT JUDGE